UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MGHC Group, LLC, )
)
)
        Appellant, )
)
v. ) **JUDGMENT**
)
Somerset Properties SPE, LLC, ) No. 5:12-CV-362-BR
)
        Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration of the parties' briefs regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 12 April 2012 Order of the bankruptcy court is AFFIRMED. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on December 18, 2012, and served on:**

Joshua Nathan Levy (via CM/ECF Notice of Electronic Filing)
William P. Janvier (via CM/ECF Notice of Electronic Filing)

December 18, 2012         /s/ Julie A. Richards,
        Clerk of Court